FILED

SEP 2 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant NORTON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-05-0368 MHP
                                    )
12              Plaintiff,          )   STIPULATION AND [PROPOSED]
                                    )   ORDER TO CONTINUE SENTENCING
13      v.                          )
                                    )
14 LAMAR NORTON,                    )
                                    )
15              Defendant.          )
                                    )
16

17     Having entered a guilty plea to unlawful possession of a firearm in violation of 18 U.S.C.

18 § 922(g)(1), defendant Lamar Norton is scheduled to be sentenced by this Court on November 7,

19 2005.

20     As a result of an inadvertent delay in the probation referral, the probation officer has

21 requested an extension of time to complete the presentence report. Neither party objects to this

22 extension. Accordingly, the parties agree and stipulate that the sentencing shall be continued to

23 ///

24 ///

25 ///

26 ///

CR 05-0368 MHP; STIP TO CONTINUE
SENTENCING                            1

E-filing

1  December 12, 2005 at 9:00 AM.

2      IT IS SO STIPULATED.

3  Dated: 9/21/05

                                              BARRY J. PORTMAN
                                              Federal Public Defender
                                              JOSH COHEN
                                              Assistant Federal Public Defender

Dated: 9/21/05

                                              KEVIN V. RYAN
                                              United States Attorney
                                              THOMAS MAZZUCCO
                                              Assistant United States Attorney

    Accordingly, and for good cause shown, the sentencing hearing scheduled for November 7, 2005 is hereby continued until December 12, 2005 at 9:00 AM.

    IT IS SO ORDERED.

Dated: 9/22/05

                                              MARILYN HALL PATEL
                                              UNITED STATES DISTRICT JUDGE